**[J-6-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SAMUEL W.B. MILLINGHAUSEN, III, | : | No. 4 MAP 2015 |
| | : | |
| Appellant | : | Appeal from the Order of the Superior |
| | : | Court at No. 1205 EDA 2013 dated April |
| | : | 24, 2014, Reversing the Order of the |
| v. | : | Court of Common Pleas of Montgomery |
| | : | County, Civil Division, at No. 2012- |
| | : | 06050, dated March 27, 2013, and |
| KAREN M. DRAKE, JOY A. CAPKA, | : | remanding the case to arbitration. |
| MARYANN DIRENZO, ROBERT L. | : | |
| HYSLOP, JR., THERESA M. HYSLOP, | : | ARGUED: September 10, 2015 |
| JOHN DOES 1-4, AND XYZ CORP., | : | RESUBMITTED: January 20, 2016 |
| | : | |
| Appellees | : | |

# ORDER

**PER CURIAM**                                                    **DECIDED: April 25, 2016**

   **AND NOW,** this 25th day of April, 2016, this appeal is dismissed as having been

improvidently granted.

   Justice Wecht dissents.